# UNITED STATES DISTRICT COURT
for the
Southern District of Alabama

| | |
|---|---|
| United States of America<br>v.<br>GIANNIS P. PAPPADIS, FRANCISCO VISCARRA-MARTINEZ, ~~NOE CASTILLO NOYOLA~~, MARCOS BRAVO-ZAMORA, FELICIANO ANTONIO SANTOS, MOISES MARTINEZ-CAMPOS<br><br>*Defendant(s)* | Case No.<br>~~15-MC-1006 MPP~~<br>15mj0082-B |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **May- July 8, 2015** in the county of **MOBILE** in the **Southern** District of **Alabama**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 846 | CONSPIRACY TO POSSESS WITH THE INTENT TO DISTRIBUTE METHAMPHETAMINE |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

MATTHEW MCCRARY/ SPECIAL AGENT
*Printed name and title*

Sworn to before me and attestation acknowledged pursuant to FRCP 4.1(b)(2).

Date: August 6, 2015

City and state: Mobile, Alabama

*Judge's signature*

Sonja F. Bivins, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Matthew McCrary, being duly sworn, hereby depose and state as follows:

## INTRODUCTION

I am a Special Agent of the Federal Bureau of Investigation (FBI) in Mobile, Alabama. I have been employed with the FBI for approximately 10 years. I am currently assigned to the Mobile Division FBI, Safe Streets Task Force. I have attended training sessions and seminars related to narcotics investigations, and have been the case agent in numerous narcotics investigations, resulting in suspect arrests/convictions and narcotic and asset seizures.

The facts and circumstances in this affidavit are only offered in support of probable cause for the arrest of GIANNIS P PAPPADIS, FRANCISCO VISCARRA-MARTINEZ, MARCOS BRAVO-ZAMORA, FELICIANO ANTONIO SANTOS, and MOISES MARTINEZ-CAMPOS for violating 21 U.S.C. § 846, Conspiracy To Possess with Intent to Distribute a Controlled Substance, Pure Methamphetamine (ICE), and are not inclusive of all the facts and circumstances in this investigation.

I am currently investigating a Hispanic drug trafficking ring in the Foley Alabama area, with ties to Mexico, Specifically the LOS CABALLEROS COMPLETARIOS DE MICHOCANA Cartel.

On July 8, 2015, Foley Police Officers met with a confidential human source (CHS) who stated he/she had been held against his/her will at 406 E. Michigan Avenue in Foley, Alabama. The CHS, who has provided reliable information to Foley Police Department and the FBI in the past, stated MOISES MARTINEZ-CAMPOS, FRANCISCO VISCARRA-MARTINEZ, MARCOS BRAVO-ZAMORA, and FELICIANO ANTONIO SANTOS reside at 406 E. Michigan Ave, which the CHS stated had three separate buildings on the property. One building was a garage or mechanic shop, and the other two buildings were used as residences, which are further identified as 406A and 406B E. Michigan Ave.

The CHS stated MARCOS BRAVO-ZAMORA forced the CHS to sell ICE out of 406B E. Michigan Ave. According to the CHS, MARCOS BRAVO-ZAMORA kept the ICE under his bed. FELICIANO ANTONIO SANTOS would assist MARCOS BRAVO-ZAMORA in transporting the ICE from 406B E. Michigan Ave., to other areas. The CHS was not sure where FELICIANO ANTONIO SANTOS would take the ICE, but was present to witness FELICIANO ANTONIO SANTOS and MARCOS BRAVO-ZAMORA unwrap the ICE, which was covered in clear cellophane with a mustard type substance all over it, and remove the ICE from 406B E. Michigan Ave. The CHS described 406B E. Michigan Ave., as a small shack next to the main residence of 406A E. Michigan Ave. MARCOS BRAVO-ZAMORA and FRANCISCO

1

VISCARRA-MARTINEZ lived at this residence. The CHS also witnessed FRANCISCO VISCARRA-MARTINEZ sell ICE from 406B E. Michigan Ave.

The CHS stated 406A E. Michigan Ave., was occupied by MOISES MARTINEZ-CAMPOS and FELICIANO ANTONIO SANTOS for sure, and possibly others. The CHS stated MOISES MARTINEZ-CAMPOS was the leader of the group, with FELICIANO ANTONIO SANTOS likely being second in charge. The CHS witnessed FRANCISCO VISCARRA-MARTINEZ, GIANNIAS P. PAPPADIS, and FELICIANO ANTONIO SANTOS sell ICE for MOISES MARTINEZ-CAMPOS from (or in the vicinity of) 406A and 406B E. Michigan Ave. The CHS stated agents and officers would find a large quantity of ICE in 406A E. Michigan Ave., if the residence were to be searched.

On July 8, 2015, Officers of the Foley Police Department obtained judicial authority from local judges to execute search warrants at two locations in Foley, Alabama, and requested the FBI assist in the execution of search warrants. The search warrants encompassed all three buildings at 406 E. Michigan Ave., (consisting of 406A, 406B, and the mechanic shop), as well as a hotel room at the Econo Lodge of Foley, Alabama, in which GIANNIS P. PAPPADIS resided.

On July 8, 2015, I was present with Task Force officers assigned to the FBI Safe Streets Task Force when the search warrant for 406 E. Michigan Ave (hereinafter referred to as Location 1) was executed. Additionally, I was present during the arrest of GIANNIS P. PAPPADIS at the Econo Lodge (hereinafter referred to as Location 2).

**Location 1** - 406 E. Michigan Avenue, A and B, Foley Alabama. Based on the aforementioned CHS information, surveillance was initiated at Location 1 by Foley Police Department and members of the South Baldwin County Special Response Team (SBCSRT). SBCSRT and Foley Police Department observed several persons leave Location 1 prior to the execution of the search warrant. These individuals were subsequently pulled over and detained for questioning after having left the location.

Among these persons were MOISES MARTINEZ-CAMPOS, who was placed under arrest after a narcotics K9 indicated a positive alert for the presence of narcotics in his vehicle and approximately 83 grams of suspected Methamphetamine was located in his vehicle. The suspected controlled substance field tested positive for the presence of Methamphetamine. MOISES MARTINEZ CAMPOS listed his home address as 406 E. Michigan Ave., on his booking documents following his arrest.

Also pulled over and detained at various times prior to the execution of the search warrant were: NOE CASTILLO NOYOLA, MARCOS BRAVO-ZAMORA, and RAFAEL

MARTINEZ. During subsequent interviews of these persons, it was confirmed that MARCOS BRAVO-ZAMORA lives at Location 1, which he listed as his residence on his booking documents.

On the evening of July 8, 2015, FBI SWAT, SBCSRT, and Baldwin County Sheriff's Office (BCSO) SWAT executed the search warrant at Location 1 without incident. FRANCISCO VISCARRA-MARTINEZ and FELICIANO ANTONIO SANTOS were present at Location 1 at the time the search warrant was executed. Both FRANCISCO VISCARRA-MARTINEZ and FELICIANO ANTONIO SANTOS were detained for questioning.

During the actual search of Location 1, approximately four (4) pounds of suspected ICE was seized. The suspected controlled substance field tested positive for the presence of Methamphetamine. In addition, officers seized large sums of cash, western union receipts, packaging material consistent with the distribution of drugs, scales, and other relevant documents. One of the packaging materials found at Location 1 included a US Postal Service box which was addressed to NOE CASTILLO NOYOLA.

During the interview with RAFAEL MARTINEZ, he stated that he works at the garage/auto shop on the premises (Location 1) with FELICIANO ANTONIO SANTOS. RAFAEL MARTINEZ stated that he is the boss, or head mechanic, and FELICIANO ANTONIO SANTOS works for him. RAFAEL MARTINEZ stated that while he does not live at Location 1, he was aware that the individuals who reside at Location 1 are affiliated with Mexican Drug Cartels and are involved in the illegal trafficking of narcotics at 406 E. Michigan Ave. Following their arrests MOISES MARTINEZ-CAMPOS, FELICIANO ANTONIO SANTOS, MARCOS BRAVO-ZAMORA, and FRANCISCO VISCARRA-MARTINEZ listed their home address as 406 E. Michigan Ave., Foley, Alabama (Location 1).

**Location 2** - The Econo Lodge, 2682 S. McKenzie Street, Room 124, Foley, Alabama. For background, The CHS claimed GIANNIS P. PAPPADIS had raped him/her various times at Location 1 where the CHS was held against his/her will. The CHS had also overheard GIANNIS P. PAPPADIS discussing a murder in Houston, Texas, in which PAPPADIS was wanted for questioning. According to the CHS, GIANNIS P. PAPPADIS had stated an item was left at the scene of the murder in Houston, Texas, which contained GIANNIS P. PSPPADIS' DNA. Foley Police Department independently corroborated the CHS's information regarding GIANNIS P. PAPPADIS through the Houston Police Department. Houston Police Department sent an electronic copy of a search warrant for GIANNIS P. PAPPADIS to the Foley Police Department. The search warrant required GIANNIS P. PAPPADIS to produce a DNA sample via a buccle swab.

On July 8, 2015, GIANNIS P. PAPPADIS was believed to have been located at Location 1 based on interviews of those who were detained prior to the execution of the search warrant at

Location 1. However, following the execution of the search warrant at Location 1, GIANNIS P. PAPPADIS was not found.

Late in the evening on July 8, 2015, FBI Agents and detectives from the Baldwin County Drug Task Force observed GIANNIS P. PAPPADIS' vehicle outside of room 124 of the Econo Lodge, located at 2682 S. McKenzie Street, Foley, Alabama. The CHS was sent a picture of the vehicle, which the CHS identified as GIANNIS P. PAPPADIS' vehicle. The FBI obtained the name listed as the occupant of room 124. The FBI was able to confirm the name listed as the occupant of room 124 was an associate of GIANNIS P. PAPPADIS. At the request of the Foley Police Department, the FBI SWAT team executed a probable cause arrest of GIANNIS P. PAPPADIS in room 124 of the Econo Lodge. Subsequent to the arrest and pursuant to a search warrant obtained by the Foley Police Department, Officers seized a firearm and approximately 3 grams of suspected ICE from room 124. The suspected controlled substance field tested positive for the presence of Methamphetamine.

Post Miranda warning, PAPPADIS, who is a convicted felon, admitted the firearm belonged to him. The firearm was found in a drawer with the 3 grams of suspected ICE. Based on the interview of PAPPADIS, he purchased ICE from FRANCISCO VISCARRA-MARTINEZ and MOISES MARTINEZ-CAMPOS at Location 1 from mid May 2015 until July 8, 2015. PAPPADIS would buy ICE for $400 to $1,000 per ounce, depending on demand or $11,000 per pound. PAPPADIS would then sell the ICE in ounce quantities to individuals in the Foley, Alabama area. PAPPADIS knew that MOISES MARTINEZ-CAMPOS had just "re-uped", meaning CAMPOS had recently received a new shipment of Methamphetamine.

## CONCLUSION

Based on the aforementioned information, I respectfully submit that there is probable cause to believe that GIANNIS P PAPPADIS, FRANCISCO VISCARRA-MARTINEZ, MARCOS BRAVO-ZAMORA, FELICIANO ANTONIO SANTOS, and MOISES MARTINEZ-CAMPOS violated 21 U.S.C. § 846, Conspiracy To Possess with Intent to Distribute a Controlled Substance, Methamphetamine occurring in the Southern District of Alabama, Southern Division. Therefore, I respectfully request that the attached warrant be issued authorizing the arrest of said individuals.

This affidavit is sworn to before a Magistrate Judge of the United States District Court, Southern District of Alabama, who is a person duly empowered to administer an oath for these purposes.

MATHEW MCCRAY
SPECIAL AGENT
FEDERAL BUREAU OF INVESTIGATION

4

THE ABOVE AGENT HAD ATTESTED
TO THIS AFFIDAVIT PURSUANT TO
FED. R. CRIM. P. 4.1(b)(2)(B)
THIS 6th DAY OF AUGUST 2015

_____
[ ]
UNITED STATES MAGISTRATE JUDGE

5